## MANN *v.* TALLAPOOSA STREET RAILWAY CO.

*Simmons, C. J.*—1. It is not cause for dismissing a motion for a new trial that the judge improperly approved as a brief of the evidence a paper purporting to be such, but which was not in fact made out as required by law. The proper practice in such case is to except directly to the order of approval, or else move to vacate that order, and if the motion is refused, to except directly to such refusal. *Tate* v. *Griffith,* 83 *Ga.* 153; *Lewis* v. *Mortgage Co.,* 94 *Ga.* 574; *Hood* v. *Culver,* 95 *Ga.* 120.

99ₒ 117
f111 695

99 117
Case 3
f130 702

2. Where a motion for a new trial not signed by the movant or his counsel was duly filed, a rule *nisi* granted thereon, and service of the same acknowledged by counsel for the opposite party, there was no error in allowing movant's counsel to amend the motion (if such amendment was necessary) by sign- ing his name to the motion after the time within which it could in the first instance have been legally filed had expired.

3. This being the first grant of a new trial, the established rule in such cases applies.          *Judgment affirmed.*

May 23, 1896. By two Justices. Argued at the last term.

Motion for new trial. Before Judge Janes. Haralson superior court. January term, 1895.

*Dean & Dean* and *Head & Head,* for plaintiffs.